CARY B. COLAIANNI
BOISE CITY ATTORNEY

Scott B. Muir, ISBN 4229
Assistant City Attorney
J. Patrick Riceci, ISBN 1886
Assistant City Attorney
BOISE CITY ATTORNEY'S OFFICE
150 N. Capitol Blvd.
P.O. Box 500
Boise, ID 83701-0500
Telephone: (208)384-3870
Facsimile: (208)384-4454
Email: BoiseCityAttorney@cityofboise.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMUNITY HOUSE, INC., MARLENE K. SMITH, GREG A. LUTHER, and JAY D. BANTA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOISE, IDAHO, DAVID H. BIETER, Mayor; BOISE CITY COUNCIL; MARYANN JORDAN, ELAINE CLEGG, VERNON BISTERFELDT, DAVID EBERLE, JEROME MAPP, and ALAN SHEALY, Boise City Council Members; BRUCE CHATTERTON, Director, Planning and Development Services; JIM BIRDSALL, Manager, Housing and Community Development,<br><br>Defendants. | Case No. CIV 05-283-S-BLW<br><br>**AFFIDAVIT OF DEBBIE G. ALLEN** |

AFFIDAVIT OF DEBBIE G. ALLEN - 1

STATE OF IDAHO   )
                 ) ss.
County of Ada    )

      DEBBIE G. ALLEN, states as follows:

    1.    I am employed by the City of Boise, Idaho, as a Paralegal in the Legal Department ("Legal"). The City of Boise City is one of the defendants in the above-entitled matter and I make this affidavit of my own personal knowledge on behalf of all defendants named herein.

    2.    Legal has created a central email depository for receiving electronic notification of filings with the Federal District Court. At this time, I am the only individual with rights to access this email.

    3.    My responsibilities include checking this email daily to ascertain whether any filings have occurred at the Federal District Court.

    4.    On September 6, 2005, I attended a recertification class out of the office for the entire day. Therefore, the email account was not checked or monitored.

    5.    On the morning of September 7, 2005, at approximately 9:00 a.m., I became aware of multiple documents filed on behalf of Community House, Inc. with the Federal District Court.

    6.    The documents included a Motion for Temporary Restraining Order and Injunctive Relief, and supporting documentation which included an affidavit with exhibits totaling over 400 pages, as well as a hearing notice. These documents had been electronically filed with the Federal District Court on Tuesday, September 6, 2005.

AFFIDAVIT OF DEBBIE G. ALLEN - 2

7. On September 7, 2005, as I was downloading the documentation filed September 6, 2005, the email account began to receive supplemental documents being filed by Community House, Inc. The supplemental documents seemed to be duplicates of Exhibits 6 through 31C previously filed by Community House, Inc.

8. Printing of the Motion, Brief and Affidavits was concluded at approximately 10:30 a.m. A copy of the documentation was hand-delivered at approximately the same time.

DATED this  8th  day of September, 2005.

DEBBIE G. ALLEN
Paralegal

SUBSCRIBED AND SWORN TO before me the day and year last above written.

Notary Public for the state of Idaho
My Commission Expires: 3/23/10

## CERTIFICATE OF SERVICE

I hereby certify that on the ___8th___ day of September, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
Zoe Ann Olson
James A. Cook
IDAHO LEGAL AID SERVICES, INC.
310 N. 5th Street
P.O. Box 913
Boise, ID 83701
*Attorneys for Plaintiffs*

*Scott B. Muir*
SCOTT B. MUIR
Assistant City Attorney

AFFIDAVIT OF DEBBIE G. ALLEN - 4