Howard A. Belodoff, ISB # 2290
Zoe Ann Olson, ISB # 5856
James C. Cook, ISB # 5247
IDAHO LEGAL AID SERVICES, INC.
310 N. 5th Street
P.O. Box 913
Boise, ID   83701
(208) 336-8980, ext. 106

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMUNITY HOUSE, INC.,            )<br>MARLENE K. SMITH, GREG A. LUTHER,  )<br>JAY D. BANTA                      )<br>                                   )<br>          Plaintiffs,             )<br>                                   )<br>vs.                                )<br>                                   )<br>CITY OF BOISE, IDAHO, DAVID H.     )<br>BIETER, Mayor; BOISE CITY COUNCIL; )<br>MARYANN JORDAN, ELAINE CLEGG,      )<br>VERNON BISTERFELDT, DAVID EBERLE,  )<br>JEROME MAPP, and ALAN SHEALY,      )<br>Boise City Council Members; BRUCE  )<br>CHATTERTON, Director, Planning and )<br>Development Services; JIM BIRDSALL,)<br>Manager, Housing and Community Development, )<br>                                   )<br>          Defendants.             )<br>_____) | CASE NO. CIV05-283-5-BLW<br><br>DECLARATION OF<br>DARWIN GIFFORD IN<br>SUPPORT OF MOTION FOR TRO<br>AND/OR PRELIMINARY<br>INJUNCTION |

DECLARATION OF DARWIN GIFFORD IN SUPPORT OF MOTION FOR TRO AND/OR
PRELIMINARY INJUNCTION - Page 1

STATE OF IDAHO            )
                          ) ss.
County of Ada             )

I, DARWIN GIFFORD, do hereby declare:

1. I am currently homeless and I have no shelter.

2. I am 50 years old, and have a disability.

3. I formerly resided at Community House from February to March but was evicted by the City of Boise.

4. I was directed by the City of Boise to apply to reside at the Boise Rescue Mission.

5. I requested shelter from the Boise Rescue Mission Ministries and was denied.

6. There is no other men's homeless shelter in the City of Boise, and have no place else to live.

7. I am no longer receiving supportive services as I did when I lived at Community House.

8. Because I was rejected by the Boise Rescue Mission Ministries, which is the only place where people can eat after the The Baltes Café was closed by the City of Boise.  I have nowhere to obtain meals that I formerly received at Community House.

DECLARATION OF DARWIN GIFFORD IN SUPPORT OF MOTION FOR TRO AND/OR PRELIMINARY INJUNCTION - Page 2

I declare, under penalty of perjury that the aforementioned information is true and correct to the best of my knowledge.

DATED this 8TH day of September, 2005.

/s/ DARWIN GIFFORD

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cary B. Colaianni
City Attorney's Office
PO Box 500
Boise, Idaho 83701
ccolaianni@cityofboise.org

I also hereby certify that on the 8th day of September, 2005, I caused to be served the foregoing by the method and to the parties listed below:

| | |
|---|---|
| Scott Muir | _____ U.S. Mail, Postage Prepaid |
| City Attorney's Office | __X__ Personal Delivery |
| 150 N. Capitol Blvd., 4th Floor | _____ Overnight Mail |
| Boise, Idaho 83702 | |

/s/ Howard Belodoff

DECLARATION OF DARWIN GIFFORD IN SUPPORT OF MOTION FOR TRO AND/OR PRELIMINARY INJUNCTION - Page 3