UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COMMUNITY HOUSE, INC.; et al., | No. 05-36195 |
| Plaintiffs - Appellants, | D.C. No. CV-05-00283-BLW<br>District of Idaho,<br>Boise |
| v. | |
| CITY OF BOISE, IDAHO; et al., | ORDER |
| Defendants - Appellees. | |

This appeal is a preliminary injunction appeal.

Appellant's unopposed motion for an extension of time to file the opening brief is granted. The unopposed motion of *amicus curaie* Anti-Defamation League and Americans United for Separation of Church and State for an extension of time to file their brief is granted. Appellee's unopposed motion for an extension of time to file the answering brief is granted.

The Clerk shall file the briefs received on February 6, 2006 and February 13, 2006.

The answering brief is now due on March 15, 2006. The optional reply brief is due 14 days after service of the answering brief.

S:\MOATT\Clrkords\02.06\pe\05-36195.wpd

05-36195

The motion of the Anti-Defamation League and Americans United for Separation of Church and State to appear as *amicus curaie* is referred to the panel assigned to hear the merits of this appeal.

For the Court,

*Polly Estes*

Polly Estes
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A