Robert A. Anderson, ISB #2124
Phillip J. Collaer, ISB #3447
Mark D. Sebastian, ISB #6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:      (208) 344-5510
E-Mail:    randerson@ajhlaw.com
                pcollaer@ajhlaw.com

Attorneys for Defendants City of Boise

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMUNITY HOUSE, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BOISE, IDAHO, et al.<br><br>Defendants. | 1:05-cv-00283-CWD<br><br>**AMENDED AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

STATE OF IDAHO   )
                              ) ss.
County of Ada        )

MARK D. SEBASTIAN, being first duly sworn, deposes and says as follows:

1.      That your Affiant is an attorney duly licensed to practice law within the State of Idaho. In that capacity, your Affiant is a member of the law firm of Anderson, Julian & Hull, attorneys for the Defendants in the above-entitled action. The information contained herein is of your Affiant's own personal knowledge.

2.      That Defense counsel, Phillip J. Collaer, has been handling a trial in Canyon County (Hughes v. Mulkey, Canyon County Case No. CV 07-8097) that originally was scheduled to be

**AMENDED AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME - 1**

completed this past week, but has unexpectedly run into this week.

3.      Because of the foregoing state court trial, Mr. Collaer has been unable to complete the Motion in Limine and trial brief for this matter.

4.      Your Affiant has attempted to contact counsel for the Plaintiffs at his office several times today, including leaving two voice mail messages, for purposes of obtaining a stipulation. Late this afternoon, your Affiant spoke with Plaintiffs' counsel, who indicated that he did not oppose the motion so long as the one-week extension would apply to all response and reply dates as well.

5.      In brief communications with Mr. Collaer on this matter, it is the understanding and belief of your Affiant that a one (1) week extension would be sufficient in order to allow a timely completion of a motion in limine and/or trial brief.

FURTHER your Affiant saith not.

_____
MARK D. SEBASTIAN

SUBSCRIBED AND SWORN to before me this _5_ day of March, 2012.

(SEAL)



_____
Notary Public for Idaho
Residing at _____, Idaho
My Commission Expires __7-20-17__

**AMENDED AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME - 2**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this this ___5ᵗʰ___ day of March, 2012, I served a true and correct copy of the foregoing **AMENDED AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Howard A. Belodoff
Zoe Ann Olson
James C. Cook
IDAHO LEGAL AID SERVICES, INC.
310 N. 5ᵗʰ Street
P.O. Box 913
Boise, Idaho  83701

[ ]   U.S. Mail, postage prepaid
[ ]   Hand-Delivered
[ ]   Overnight Mail
[ ]   Facsimile
[X]  Electronic Delivery


Cary B. Colaianni
Scott Muir
CITY ATTORNEY'S OFFICE
P.O. Box 500
Boise, Idaho  83701

[ ]   U.S. Mail, postage prepaid
[ ]   Hand-Delivered
[ ]   Overnight Mail
[ ]   Facsimile
[X]  Electronic Delivery


_____
Mark D. Sebastian

**AMENDED AFFIDAVIT IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME - 3**