UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMUNITY HOUSE, INC., MARLENE SMITH, and JAY BANTA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOISE, IDAHO; JIM BIRDSALL and BRUCE CHATTERTON, in their official capacities,<br><br>Defendants. | Case No. 1:05-cv-00283-CWD<br><br>**SPECIAL VERDICT** |

WE THE JURY, impaneled and sworn in the above-captioned matter, unanimously find by a preponderance of the evidence as follows:

**QUESTION 1:** Did the Plaintiffs prove their claim that the Defendants discriminated against them on the basis of gender or familial status in violation of the Fair Housing Act?

Yes [X]    No [ ]

**QUESTION 2:** If you answered yes to Question 1, did the Defendants prove their affirmative defense?

Yes [ ]    No [X]

**SPECIAL VERDICT - 1**

**QUESTION 3:** Did the Plaintiffs prove that the Defendants discriminated against them because of gender or familial status in the terms of a residential real estate-related transaction?

Yes [ ]    No [X]

**QUESTION 4:** If you answered yes to Question 3, did the Defendants prove their affirmative defense to this claim?

Yes [ ]    No [ ]

**QUESTION 5:** Did the individual plaintiffs prove their claim that the Defendants failed to accommodate them in violation of the Fair Housing Act?

Yes [ ]    No [X]

**QUESTION 6:** If you answered yes to Question 5, did the Defendants prove their affirmative defense to this claim?

Yes [ ]    No [ ]

**QUESTION 7:** Did the Plaintiff Community House, Inc. prove its claim that the Defendants interfered with Community House, Inc. in violation of the Fair Housing Act?

Yes [X]    No [ ]

**QUESTION 8:** Did the Plaintiffs prove that the Defendants violated the Establishment Clause of the United States Constitution?

Yes [ ]    No [X]

SPECIAL VERDICT - 2

**QUESTION 9:** State the total amount of damages, if any, each Plaintiff is entitled to receive as a result of their injuries caused by Defendants' conduct in violation of the Fair Housing Act (except for a Fair Housing Act claim to which the Defendants proved their affirmative defense) or the Establishment Clause:

Marlene Smith:        $ 0

Jay Banta:            $ 0

Community House, Inc.:  $ 1,000,000

Please answer the following question, but do not include any damage amounts if you answer "yes" in the total amounts above. The damages, if any, for the Idaho Constitutional claim are not for you to decide.

**QUESTION 10:** Did the Plaintiffs prove that the Defendants violated the Free Exercise clause of the Idaho State Constitution?

Yes [X]        No [ ]


Dated: September 12, 2012                    _____
                                             Foreperson

**SPECIAL VERDICT - 3**