UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COMMUNITY HOUSE, INC., MARLENE K. SMITH, AND JAY D. BANTA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BOISE, IDAHO, BOISE CITY COUNCIL, BRUCE CHATTERTON, Director, Planning and Development Services; JIM BIRDSALL, Manager, Housing and Community Development, in their Official Capacities, <br><br> Defendants. | CASE NO. 1:05-cv-00283-CWD <br><br> **PARTIAL JUDGMENT ON THE VERDICT** |

This matter having come before the Court upon jury trial pursuant to the Supplemental Case Management Order, Dkt. No. 335, and the issues having been duly tried and submitted to the jury, and the jury having rendered its special verdict on September 12, 2012, with respect to Counts Two, Three, Five, Six, Seven, Seventeen, and Eighteen of the Second Amended Complaint (Dkt. 317);

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREEED that:**

  Plaintiff Community House, Inc., is awarded judgment in the amount of $1,000,000.00, with interest to accrue at the applicable federal rate, against Defendants City of Boise.

  **IT IS FURTHER ORDERED ADJUDGED AND DECREEED that:**

  Plaintiffs Marlene K. Smith and Jay D. Banta take nothing from the Defendants with respect to Counts Two, Three, Five, and Seven of the Second Amended Complaint.

**PARTIAL JUDGMENT ON THE VERDICT - Page 1**

Plaintiffs' damage claims with respect to the violation of the Idaho State Constitution (Count 17 of the Second Amended Complaint) as found by the Jury, as well as a bench trial on the remaining counts, will be decided at a later date.

Dated: **September 26, 2012**

Honorable Candy W. Dale
United States Magistrate Judge

**PARTIAL JUDGMENT ON THE VERDICT - Page 2**